# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Dashawn Levelle Good<br><br>                Defendant. | 2:07CR111-PSG<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply w/conditions of release. Current allegations of supervised release violations involving gun support finding of danger, along with criminal history.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply with conditions of release; also inadequate sureties and bail resources.

IT IS ORDERED that defendant be detained.

DATED: 2/25/19

SH Segal

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE